Civil Action No. 1:18-cv-00234

# EXHIBIT 1

Existing user? Sign In          Sign Up

Browse          Activity          Malwarebytes.com          Search...

Forums          Guidelines          Staff          Online Users          Members

Home          Malware Removal Help          Malware Removal Self-Help Guides          All Activity
Removal instructions for Driver Support

# Removal instructions for Driver Support

Sign in to follow this          Followers     0

By Metallica, February 8 in Malware Removal Self-Help Guides

pup.optional.driversupport     driversupport.com     activeoptimization.com     (877) 615-2407
pc drivers headquarters     driversupportao.exe

---

### Metallica

Topic Starter

Master of PUPs



**Staff**
2,040 posts
Location: Netherlands

Posted February 8

*What is Driver Support?*

*The Malwarebytes research team has determined that Driver Support is a "system optimizer". These so-called "system optimizers" use intentional false positives to convince users that their systems have problems. Then they try to sell you their software, claiming it will remove these problems.*
*More information can be found on our Malwarebytes Labs blog.*

*How do I know if I am infected with Driver Support?*

*This is how the main screen of the system optimizer looks:*



*You will find this icon in your taskbar, and your startmenu:*



*and see these warnings during install:*





*and these screens during "operations":*





*You may see this entry in your list of installed programs:*



*and these tasks in your list of Scheduled Tasks:*



*How did Driver Support get on my computer?*

*These so-called system optimizers use different methods of getting installed. This particular one was downloaded from their website.*

*How do I remove Driver Support?*

*Our program Malwarebytes can detect and remove this potentially unwanted application.*

- *Please download [Malwarebytes](#) to your desktop.*
- *Double-click mb3-setup-consumer-{version}.exe and follow the prompts to install the program.*
- *Then click Finish.*
- *Once the program has fully updated, select Scan Now on the Dashboard. Or select the Threat Scan from the Scan menu.*
- *If another update of the definitions is available, it will be implemented before the rest of the scanning procedure.*
- *When the scan is complete, make sure that all Threats are selected, and click Remove Selected.*
- *Restart your computer when prompted to do so.*

*Is there anything else I need to do to get rid of Driver Support?*

- *No, Malwarebytes removes Driver Support completely.*

- *This PUP creates some scheduled tasks. You can read* <u>here</u> *how to check for and, if necessary, remove Scheduled Tasks.*

**How would the full version of Malwarebytes help protect me?**

*We hope our application and this guide have helped you eradicate this system optimizer.*

*As you can see below the* <u>full version of Malwarebytes</u> *would have protected you against the Driver Support installer. It would have warned you before the application could install itself, giving you a chance to stop it before it became too late.*



*and we block access to their domain:*



*Technical details for experts*

*You may see these entries in FRST logs:*

```
 (PC Drivers Headquarters LP) C:\Program Files (x8
6)\Driver Support\DriverSupport.exe
 (PC Drivers HeadQuarters LP) C:\Program Files (x8
6)\Driver Support\svc\DriverSupportAOsvc.exe
 (PC Drivers HeadQuarters LP) C:\Program Files (x8
6)\Driver Support\svc\DriverSupportAO.exe
 C:\Windows\SysWOW64\rnd_chunk.bin
 C:\Users\{username}\Downloads\Driver Support
 C:\Windows\System32\Tasks\Driver Support-RTMUpdat
er
 C:\Windows\System32\Tasks\Driver Support-RTMRules
 C:\Windows\System32\Tasks\Driver Support-RTMScan
 C:\Windows\System32\Tasks\Driver Support
 C:\Windows\System32\Tasks\Driver Support-RTMScanR
unOnce
 C:\Users\{username}\AppData\Local\PC_Drivers_Head
quarters
 C:\ProgramData\UAB
 C:\ProgramData\Driver Support
 C:\Users\{username}\AppData\Roaming\Microsoft\Win
dows\Start Menu\Programs\Driver Support
 C:\Program Files (x86)\Driver Support
 C:\Users\{username}\AppData\Local\Temp\DriverSupp
ort.exe


Driver Support (HKLM-x32\...\DriverSupport) (Versi
on: 10.1.4.82 - PC Drivers HeadQuarters LP)
Task: {1137A309-D41F-4536-A30A-9984BE1F04DD} - Sys
tem32\Tasks\Driver Support-RTMScanRunOnce => C:\Pr
ogram Files (x86)\Driver Support\DriverSupport.exe
 [2018-01-17] (PC Drivers Headquarters LP)
Task: {4C6396E8-2E53-4E94-A804-D122318A7DF0} - Sys
tem32\Tasks\Driver Support-RTMUpdater => C:\Progra
m Files (x86)\Driver Support\DriverSupport.exe [20
18-01-17] (PC Drivers Headquarters LP)
```

```
Task: {5E3E3E28-D1CA-458B-9C49-E9BE0A71870B} - Sys
tem32\Tasks\Driver Support => C:\Program Files (x8
6)\Driver Support\DriverSupport.exe [2018-01-17] (
PC Drivers Headquarters LP)
Task: {622FA1D9-0F79-4CE0-B0F1-34529E64A222} - Sys
tem32\Tasks\Driver Support-RTMScan => C:\Program F
iles (x86)\Driver Support\DriverSupport.exe [2018-
01-17] (PC Drivers Headquarters LP)
Task: {F792808D-3F2D-43C3-9CDE-0305848CA67E} - Sys
tem32\Tasks\Driver Support-RTMRules => C:\Program
Files (x86)\Driver Support\DriverSupport.exe [2018
-01-17] (PC Drivers Headquarters LP)
```

*Alterations made by the installer:*

```
File system details [View: All details] (Selection
)
----------------------------------------------------
-
    Adds the folder C:\Program Files (x86)\Driver
Support
        Adds the file Agent.Common.dll"="1/17/2018
3:53 PM, 658048 bytes, A
        Adds the file Agent.Common.XmlSerializers.d
ll"="1/17/2018 3:53 PM, 373888 bytes, A
        Adds the file Agent.Communication.dll"="1/1
7/2018 3:53 PM, 668288 bytes, A
        Adds the file Agent.Communication.XmlSerial
izers.dll"="1/17/2018 3:53 PM, 496768 bytes, A
        Adds the file Agent.CPU.exe"="1/17/2018 3:5
0 PM, 106624 bytes, A
        Adds the file Agent.CPU.exe.config"="1/17/2
018 3:45 PM, 232 bytes, A
        Adds the file Agent.ExceptionLogging.dll"="
1/17/2018 3:53 PM, 70784 bytes, A
        Adds the file Agent.ExceptionLogging.XmlSer
ializers.dll"="1/17/2018 3:53 PM, 42112 bytes, A
        Adds the file Common.dll"="1/17/2018 3:54 P
M, 1967744 bytes, A
        Adds the file config.dat"="4/1/2014 4:31 PM
```

, 1600 bytes, A

    Adds the file cpuidsdk.dll"="1/17/2018 3:45 PM, 973048 bytes, A

    Adds the file DriverSupport.chm"="11/3/2016 7:21 PM, 48206 bytes, A

    Adds the file DriverSupport.exe"="1/17/2018 3:52 PM, 9954432 bytes, A

    Adds the file DriverSupport.exe.config"="1/17/2018 3:45 PM, 2815 bytes, A

    Adds the file DriverSupport.Updater.exe"="1/17/2018 3:52 PM, 242816 bytes, A

    Adds the file DriverSupport.Updater.exe.config"="1/17/2018 3:45 PM, 2429 bytes, A

    Adds the file ExceptionLogging.dll"="1/17/2018 3:54 PM, 40064 bytes, A

    Adds the file ICSharpCode.SharpZipLib.dll"="1/17/2018 3:55 PM, 214144 bytes, A

    Adds the file Interop.WUApiLib.dll"="1/17/2018 3:55 PM, 99456 bytes, A

    Adds the file ISUninstall.exe"="1/17/2018 3:53 PM, 31872 bytes, A

    Adds the file ISUninstall.exe.config"="1/17/2018 3:45 PM, 213 bytes, A

    Adds the file Microsoft.ApplicationBlocks.Updater.ActivationProcessors.dll"="1/17/2018 3:55 PM, 103552 bytes, A

    Adds the file Microsoft.ApplicationBlocks.Updater.dll"="1/17/2018 3:55 PM, 132224 bytes, A

    Adds the file Microsoft.ApplicationBlocks.Updater.Downloaders.dll"="1/17/2018 3:55 PM, 42112 bytes, A

    Adds the file Microsoft.Practices.EnterpriseLibrary.Common.dll"="1/17/2018 3:55 PM, 103552 bytes, A

    Adds the file Microsoft.Practices.EnterpriseLibrary.Security.Cryptography.dll"="1/17/2018 3:55 PM, 83072 bytes, A

    Adds the file Microsoft.Practices.ObjectBuilder.dll"="1/17/2018 3:55 PM, 60032 bytes, A

    Adds the file Microsoft.Win32.TaskScheduler

.dll"="1/17/2018 3:56 PM, 143488 bytes, A

    Adds the file RuleEngine.dll"="1/17/2018 3:
56 PM, 833664 bytes, A

    Adds the file RuleEngine.XmlSerializers.dll
"="1/17/2018 3:56 PM, 78976 bytes, A

    Adds the file ThemePack.DriverSupport.dll"=
"1/17/2018 3:58 PM, 1266304 bytes, A

    Adds the file Uninstall.exe"="1/9/2017 7:02
PM, 429304 bytes, A

    Adds the file XPBurnComponent.dll"="1/17/20
18 3:58 PM, 62592 bytes, A

  Adds the folder C:\Program Files (x86)\Driver
Support\svc

    Adds the file DriverSupportAO.exe"="10/22/2
016 7:12 PM, 4920784 bytes, A

    Adds the file DriverSupportAOsvc.exe"="10/2
2/2016 7:12 PM, 2033104 bytes, A

    Adds the file install.log"="2/8/2018 9:22 A
M, 473 bytes, A

    Adds the file ipte_svc.log"="2/8/2018 9:22
AM, 256 bytes, A

    Adds the file ipterbg.exe"="10/22/2016 7:13
PM, 1246672 bytes, A

    Adds the file ipteup.exe"="10/22/2016 7:13
PM, 4486608 bytes, A

    Adds the file License.rtf"="1/26/2016 12:09
PM, 119855 bytes, A

    Adds the file pmtu.exe"="10/22/2016 7:13 PM
, 1295824 bytes, A

    Adds the file reg.dat"="2/8/2018 9:22 AM, 1
4688 bytes, A

    Adds the file sigverify.exe"="10/22/2016 7:
13 PM, 487952 bytes, A

    Adds the file uninstall.exe"="10/22/2016 7:
13 PM, 487952 bytes, A

    Adds the file viometer.exe"="10/22/2016 7:1
3 PM, 4859344 bytes, A

  Adds the folder C:\ProgramData\Driver Support\
Driver Support

    Adds the file AoServiceManager.dat"="2/8/20

Case 1:18-cv-00234-RP Document 1-1 Filed 03/19/18 Page 11 of 32

18 9:26 AM, 156594 bytes, A

      Adds the file CPUID.dat"="2/8/2018 9:22 AM, 704 bytes, A

      Adds the file dd.lic"="2/8/2018 9:21 AM, 14 4 bytes, RA

      Adds the file UXState.dat"="2/8/2018 9:21 A M, 2010 bytes, A

      Adds the file WL.dat"="2/8/2018 9:21 AM, 69 62 bytes, A

   Adds the folder C:\ProgramData\Driver Support\ Driver Support\DDRM

      Adds the file 11481334836f4f61b3c110920048c b93.exe"="2/8/2018 9:21 AM, 15837424 bytes, A

      Adds the file 215609eb3ff24c6ba9e214f5f6fb5 867.png"="2/8/2018 9:22 AM, 36630 bytes, A

      Adds the file 312478443a844c18adeef845c3263 9c7.png"="2/8/2018 9:22 AM, 22041 bytes, A

      Adds the file 3360a50e06744fc08ffacdcb366a7 310.png"="2/8/2018 9:22 AM, 25481 bytes, A

      Adds the file 3f2b867ce27641b4bfdc9d4a2ff92 f51.png"="2/8/2018 9:22 AM, 14750 bytes, A

      Adds the file 444c8f293fac4d1b8ee44c97f5324 951.png"="2/8/2018 9:22 AM, 55493 bytes, A

      Adds the file 5de611b8fd3c4f3dac06d6f80d4c0 dba.jpg"="2/8/2018 9:22 AM, 17365 bytes, A

      Adds the file 6091981ea730431d9bf04d9734842 4d3.png"="2/8/2018 9:22 AM, 40826 bytes, A

      Adds the file 62f9d69a3c494d8c977596c5fc8bf f96.png"="2/8/2018 9:22 AM, 9403 bytes, A

      Adds the file a49e775fcacc484ba1935d40bf35c e1d.png"="2/8/2018 9:22 AM, 20915 bytes, A

      Adds the file a8cf4b35c6b946b1abefd0e76d9f8 704.png"="2/8/2018 9:22 AM, 4901 bytes, A

      Adds the file DownloadResourceManager.dat"= "2/8/2018 9:22 AM, 15106 bytes, A

      Adds the file f8dc1c2d3a8f417aacd0142f3f179 7c1.png"="2/8/2018 9:22 AM, 15399 bytes, A

   Adds the folder C:\ProgramData\Driver Support\ Driver Support\DDSM

      Adds the file ScanManager.dat"="2/8/2018 9:

Case 1:18-cv-00234-RP   Document 1-1   Filed 03/19/18   Page 12 of 32

22 AM, 332762 bytes, A

   Adds the folder C:\ProgramData\Driver Support\
Driver Support\RuleEngine

     Adds the file GlobalActions.dat"="2/8/2018
9:22 AM, 640 bytes, A

     Adds the file GlobalEnvironmentEvents.dat"=
"2/8/2018 9:22 AM, 4992 bytes, A

     Adds the file GlobalEnvironmentProperties.d
at"="2/8/2018 9:22 AM, 728 bytes, A

     Adds the file GlobalRules.dat"="2/8/2018 9:
22 AM, 385920 bytes, A

     Adds the file RuleHistoryController.dat"="2
/8/2018 9:22 AM, 986 bytes, A

   Adds the folder C:\ProgramData\UAB

   Adds the folder C:\Users\{username}\AppData\Lo
cal\PC_Drivers_Headquarters\DriverSupport.exe_Url_
jky4qfl0bb42zyjk05xwcsyp4qrtcets\10.1.4.82

     Adds the file user.config"="2/8/2018 9:25 A
M, 3042 bytes, A

   Adds the folder C:\Users\{username}\AppData\Ro
aming\Microsoft\Windows\Start Menu\Programs\Driver
Support

     Adds the file Driver Support.lnk"="2/8/2018
9:20 AM, 1211 bytes, A

     Adds the file Uninstall Driver Support.lnk"
="2/8/2018 9:20 AM, 1090 bytes, A

   Adds the folder C:\Users\{username}\Downloads\
Driver Support\Driver Support

   In the existing folder C:\Windows\System32\Tas
ks

     Adds the file Driver Support"="2/8/2018 9:2
1 AM, 3500 bytes, A

     Adds the file Driver Support-RTMRules"="2/8
/2018 9:21 AM, 3772 bytes, A

     Adds the file Driver Support-RTMScan"="2/8/
2018 9:21 AM, 3662 bytes, A

     Adds the file Driver Support-RTMScanRunOnce
"="2/8/2018 9:21 AM, 3480 bytes, A

     Adds the file Driver Support-RTMUpdater"="2
/8/2018 9:21 AM, 3784 bytes, A

```
In the existing folder C:\Windows\SysWOW64
    Adds the file rnd_chunk.bin"="2/8/2018 9:23
AM, 32832 bytes, A

Registry details [View: All details] (Selection)
-------------------------------------------------
    [HKEY_LOCAL_MACHINE\SOFTWARE\DriverSupport]
        "APIPort"="REG_SZ", "65411"
        "UUID"="REG_SZ", "24055700-78ff-4df7-9986-7
8928e8723b5"
    [HKEY_LOCAL_MACHINE\SOFTWARE\DriverSupport\AoS
ervice]
        "InstallDate"="REG_SZ", "2/8/2018 8:22:16 A
M"
        "InstallStatus"="REG_SZ", "0"
        "InstallStatusDescription"="REG_SZ", "Commu
nication Success"
        "IsInstalled"="REG_SZ", "1"
    [HKEY_LOCAL_MACHINE\SOFTWARE\DriverSupport\Ins
tall]
        "HasApplicationRun-Driver Support"="REG_SZ"
, "true"
    [HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows
\CurrentVersion\App Paths\DriverSupport.exe]
        "(Default)"="REG_SZ", "C:\Program Files (x8
6)\Driver Support\DriverSupport.exe"
    [HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows
\CurrentVersion\Uninstall\DriverSupport]
        "InstallerLanguage"="REG_SZ", "1033"
    [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Activ
eOptimization\svc]
        "APIport"="REG_SZ", "8000"
        "DHQSessionID"="REG_SZ", "S-1-5-21-13509035
46-318028887-1286703239-1003"
        "InstLicense"="REG_SZ", ""
        "InstPath"="REG_SZ", "C:\Program Files (x86
)\driver support\svc\"
        "InstProxy"="REG_SZ", ""
        "InstServer"="REG_SZ", "front.activeoptimiz
ation.com"
```

```
        "InstServerPort"="REG_SZ", "5000"
        "InstVersion"="REG_SZ", "1.0.4.9077"
        "Path"="REG_SZ", "C:\Program Files (x86)\dr
iver support\svc\"
        "Proxy"="REG_SZ", ""
        "Server"="REG_SZ", "front.activeoptimizatio
n.com"
        "ServerPort"="REG_SZ", "5000"
        "Version"="REG_SZ", "1.0.4.9077"
    [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Activ
eOptimization\svc\Backup]
        "(Default)"="REG_SZ", "1"
    [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Activ
eOptimization\svc\Backup\0]
    [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Micro
soft\Windows\CurrentVersion\Uninstall\DriverSuppor
t]
        "DisplayIcon"="REG_SZ", "C:\Program Files (
x86)\Driver Support\DriverSupport.exe,0"
        "DisplayName"="REG_SZ", "Driver Support"
        "DisplayVersion"="REG_SZ", "10.1.4.82"
        "EstimatedSize"="REG_DWORD", 18462
        "HelpLink"="REG_SZ", "http://account.driver
support.com/support/contact?wlid=30"
        "HelpTelephone"="REG_SZ", "512.373.3518"
        "InstallerLanguage"="REG_SZ", "1033"
        "InstallLocation"="REG_SZ", "C:\Program Fil
es (x86)\Driver Support"
        "NoModify"="REG_DWORD", 1
        "NoRepair"="REG_DWORD", 1
        "ProductID"="REG_SZ", "{597FB4A5-DD86-4316-
A410-7E8074CC2CCE}"
        "Publisher"="REG_SZ", "PC Drivers HeadQuart
ers LP"
        "UninstallString"="REG_SZ", "C:\Program Fil
es (x86)\Driver Support\Uninstall.exe"
        "URLInfoAbout"="REG_SZ", "http://www.driver
support.com"
    [HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\s
ervices\DSAO]
```

```
        "Description"="REG_SZ", "Driver Support Act
ive Optimization Service"
        "DisplayName"="REG_SZ", "Driver Support AO
Service"
        "ErrorControl"="REG_DWORD", 1
        "ImagePath"="REG_EXPAND_SZ, ""C:\Program Fi
les (x86)\driver support\svc\DriverSupportAOsvc.ex
e""
        "ObjectName"="REG_SZ", "LocalSystem"
        "Start"="REG_DWORD", 2
        "Type"="REG_DWORD", 16
        "WOW64"="REG_DWORD", 1
    [HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\s
ervices\HTTP\Parameters\UrlAclInfo]
        "http://127.0.0.1:65411/"="REG_BINARY, ....
...................
        "http://127.0.0.1:65411/client/apiinfo/"="R
EG_BINARY, ......................
        "http://127.0.0.1:65411/client/reboot/"="RE
G_BINARY, ......................
        "http://127.0.0.1:65411/client/status/"="RE
G_BINARY, ......................
        "http://127.0.0.1:65411/driverscan/"="REG_B
INARY, ......................
        "http://127.0.0.1:65411/license/"="REG_BINA
RY, ......................
        "http://127.0.0.1:65411/license/status/"="R
EG_BINARY, ......................
        "http://127.0.0.1:65411/media/status/"="REG
_BINARY, ......................
        "http://127.0.0.1:65411/system/data/"="REG_
BINARY, ......................
        "http://127.0.0.1:65411/tests/progress/"="R
EG_BINARY, ......................
        "http://127.0.0.1:65411/uxstate/"="REG_BINA
RY, ......................
        "http://localhost:65411/"="REG_BINARY, ....
...................
        "http://localhost:65411/client/apiinfo/"="R
EG_BINARY, ......................
```

Case 1:18-cv-00234-RP Document 1-1 Filed 03/19/18 Page 16 of 32

```
        "http://localhost:65411/client/reboot/"="RE
G_BINARY, ........................
        "http://localhost:65411/client/status/"="RE
G_BINARY, ........................
        "http://localhost:65411/driverscan/"="REG_B
INARY, ........................
        "http://localhost:65411/license/"="REG_BINA
RY, ........................
        "http://localhost:65411/license/status/"="R
EG_BINARY, ........................
        "http://localhost:65411/media/status/"="REG
_BINARY, ........................
        "http://localhost:65411/system/data/"="REG_
BINARY, ........................
        "http://localhost:65411/tests/progress/"="R
EG_BINARY, ........................
        "http://localhost:65411/uxstate/"="REG_BINA
RY, ........................
    [HKEY_CURRENT_USER\Software\DriverSupport]
        "APIPort"="REG_SZ", "65411"
    [HKEY_CURRENT_USER\Software\DriverSupport\AoSe
rvice]
        "ClientStatus"="REG_SZ", "Online"
        "HandshakeStatus"="REG_SZ", "1"
        "InstallDate"="REG_SZ", "2/8/2018 8:22:16 A
M"
        "InstallStatus"="REG_SZ", "0"
        "InstallStatusDescription"="REG_SZ", "Commu
nication Success"
        "IsCommunicationEstablished"="REG_SZ", "tru
e"
        "IsEnabled"="REG_SZ", "true"
        "IsInitialized"="REG_SZ", "true"
        "LicenseStatus"="REG_SZ", "NotPresent"
        "NetworkMediaASN"="REG_SZ", "29670"
        "NetworkMediaIP"="REG_SZ", "10.0.2.15"
        "NetworkMediaProvider"="REG_SZ", "Individua
l Network Berlin e.V."
        "ServiceStarted"="REG_SZ", "true"
        "SystemDataProcessorLoadPercentage"="REG_SZ
```

```
", "74"
        "TestFinish"="REG_SZ", "2/8/2018 8:24:58 AM
"
        "TestStage"="REG_SZ", "Analyzing"
        "TestStart"="REG_SZ", "2/8/2018 8:23:08 AM"
        "TestStatus"="REG_SZ", "100"
        "TestStatusCpu"="REG_SZ", "NA"
        "TestStatusDescription"="REG_SZ", "Report I
s Ready"
        "TestStatusDisk"="REG_SZ", "NA"
        "TestStatusNetwork"="REG_SZ", "NA"
    [HKEY_CURRENT_USER\Software\DriverSupport\Inst
all]
        "DhqScanFinish"="REG_SZ", "2/8/2018 8:22:40
 AM"
        "DhqScanStart"="REG_SZ", "2/8/2018 8:22:13
AM"
        "DhqScanStatus"="REG_SZ", "4"
        "DhqScanStatusDescription"="REG_SZ", "Scan
Complete"
        "HasApplicationRun-Driver Support"="REG_SZ"
, "true"
        "InstallStatus"="REG_SZ", "1"
        "OpenScanResultLanderUrl"="REG_SZ", "https:
//apps.driversupport.com/postinstall/scanresultsve
loxum?cart=https%3a%2f%2fsecure.driversupport.com%
2fregistration%2fcart%3faf%3ddriversupport&aff=dri
versupport&wlID=30&uuid=24055700-78ff-4df7-9986-78
928e8723b5&appVer=10.1.4.82&systemDrivers=true&ap=
65411&asn=29670&ddsrc=VeloxumScanResults"
        "ScanFinish"="REG_SZ", "2/8/2018 8:24:58 AM
"
        "ScanProgress"="REG_SZ", "100"
        "ScanStart"="REG_SZ", "2/8/2018 8:22:13 AM"
        "ScanStatus"="REG_SZ", "4"
        "ScanStatusDescription"="REG_SZ", "Scan Com
plete"
        "SummaryFlags"="REG_SZ", "1856"
        "UILevel"="REG_SZ", "5"
```

```
          "UUID"="REG_SZ", "24055700-78ff-4df7-9986-7
8928e8723b5"
```

*Malwarebytes log:*


```
Malwarebytes
www.malwarebytes.com

-Log Details-
Scan Date: 2/8/18
Scan Time: 10:51 AM
Log File: b2de19cc-0cb5-11e8-9439-080027750297.jso
n
Administrator: Yes

-Software Information-
Version: 3.3.1.2183
Components Version: 1.0.262
Update Package Version: 1.0.3897
License: Premium

-System Information-
OS: Windows 7 Service Pack 1
CPU: x64
File System: NTFS
User: {computername}\{username}

-Scan Summary-
Scan Type: Threat Scan
Result: Completed
Objects Scanned: 241875
Threats Detected: 148
Threats Quarantined: 148
Time Elapsed: 11 min, 11 sec

-Scan Options-
Memory: Enabled
Startup: Enabled
Filesystem: Enabled
Archives: Enabled
```

Rootkits: Disabled
Heuristics: Enabled
PUP: Detect
PUM: Detect

-Scan Details-
Process: 3
PUP.Optional.DriverSupport.TskLnk, C:\PROGRAM FILE
S (X86)\DRIVER SUPPORT\DRIVERSUPPORT.EXE, Quaranti
ned, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT\SVC\DRIVERSUPPORTAOSVC.EXE, Quaran
tined, [2291], [484531],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\DriverSupportAO.exe, Quarantin
ed, [2291], [484511],1.0.3897

Module: 18
PUP.Optional.DriverSupport.TskLnk, C:\PROGRAM FILE
S (X86)\DRIVER SUPPORT\DRIVERSUPPORT.EXE, Quaranti
ned, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT\SVC\DRIVERSUPPORTAOSVC.EXE, Quaran
tined, [2291], [484531],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\DriverSupportAO.exe, Quarantin
ed, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Common.dll, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.dll, Quarantined, [22
91], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.XmlSerializers.dll, Q
uarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Communication.dll, Quarantin
ed, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)

Case 1:18-cv-00234-RP   Document 1-1   Filed 03/19/18   Page 20 of 32

```
\Driver Support\Agent.Communication.XmlSerializers
.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ExceptionLogging.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Interop.WUApiLib.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Common.dll, Quarantined, [2291], [484511],1.0.
3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Security.Cryptography.dll, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.ObjectBuilder.
dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Win32.TaskScheduler.dll,
 Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.dll, Quarantined, [2291
], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.XmlSerializers.dll, Qua
rantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ThemePack.DriverSupport.dll, Quara
ntined, [2291], [484511],1.0.3897

Registry Key: 30
PUP.Optional.DriverSupport, HKCU\SOFTWARE\DriverSu
pport, Quarantined, [2291], [484532],1.0.3897
PUP.Optional.DriverSupport, HKLM\SOFTWARE\WOW6432N
ODE\ACTIVEOPTIMIZATION\SVC, Quarantined, [2291], [
```

```
484957],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support, Quarantined, [14754], [48
4518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{5E3E3E28-D1CA-458B-9C49-E9BE0A71870B},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\LOGON\{5E3E3E28-D1CA-458B-9C49-E9BE0A71870B},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support-RTMRules, Quarantined, [14
754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{F792808D-3F2D-43C3-9CDE-0305848CA67E},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\PLAIN\{F792808D-3F2D-43C3-9CDE-0305848CA67E},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support-RTMScan, Quarantined, [147
54], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{622FA1D9-0F79-4CE0-B0F1-34529E64A222},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\PLAIN\{622FA1D9-0F79-4CE0-B0F1-34529E64A222},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support-RTMUpdater, Quarantined, [
```

14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{4C6396E8-2E53-4E94-A804-D122318A7DF0},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\PLAIN\{4C6396E8-2E53-4E94-A804-D122318A7DF0},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support, Quarantined
, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{5E3E3E28-D1CA-458B-9C49-E
9BE0A71870B}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Logon\{5E3E3E28-D1CA-458B-9C49-E
9BE0A71870B}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support-RTMRules, Qu
arantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{F792808D-3F2D-43C3-9CDE-0
305848CA67E}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Plain\{F792808D-3F2D-43C3-9CDE-0
305848CA67E}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support-RTMScan, Qua
rantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{622FA1D9-0F79-4CE0-B0F1-3

Case 1:18-cv-00234-RP Document 1-1 Filed 03/19/18 Page 23 of 32

```
                                4529E64A222}, Quarantined, [14754], [-1],0.0.0
                                PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
                                INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
                                chedule\TaskCache\Plain\{622FA1D9-0F79-4CE0-B0F1-3
                                4529E64A222}, Quarantined, [14754], [-1],0.0.0
                                PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
                                INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
                                chedule\TaskCache\Tree\Driver Support-RTMUpdater,
                                Quarantined, [14754], [-1],0.0.0
                                PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
                                INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
                                chedule\TaskCache\Tasks\{4C6396E8-2E53-4E94-A804-D
                                122318A7DF0}, Quarantined, [14754], [-1],0.0.0
                                PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
                                INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
                                chedule\TaskCache\Plain\{4C6396E8-2E53-4E94-A804-D
                                122318A7DF0}, Quarantined, [14754], [-1],0.0.0
                                PUP.Optional.DriverSupport, HKLM\SOFTWARE\DriverSu
                                pport, Quarantined, [2291], [484521],1.0.3897
                                PUP.Optional.DriverSupport, HKLM\SOFTWARE\WOW6432N
                                ODE\MICROSOFT\WINDOWS\CURRENTVERSION\UNINSTALL\Dri
                                verSupport, Quarantined, [2291], [484524],1.0.3897
                                PUP.Optional.DriverSupport, HKLM\SOFTWARE\MICROSOF
                                T\WINDOWS\CURRENTVERSION\UNINSTALL\DriverSupport,
                                Quarantined, [2291], [484524],1.0.3897
                                PUP.Optional.DriverSupport, HKLM\SYSTEM\CURRENTCON
                                TROLSET\SERVICES\DSAO, Quarantined, [2291], [48453
                                1],1.0.3897

                                Registry Value: 2
                                PUP.Optional.DriverSupport, HKLM\SOFTWARE\WOW6432N
                                ODE\ACTIVEOPTIMIZATION\SVC|SERVER, Quarantined, [2
                                291], [484957],1.0.3897
                                PUP.Optional.DriverSupport, HKLM\SYSTEM\CURRENTCON
                                TROLSET\SERVICES\DSAO|DESCRIPTION, Quarantined, [2
                                291], [484531],1.0.3897

                                Registry Data: 0
                                (No malicious items detected)
```

```
Data Stream: 0
(No malicious items detected)


Folder: 13
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc, Quarantine, [2291], [484511]
,1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT, Quarantine, [2291], [484511],1.0
.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine, Quarantine, [2
291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM, Quarantine, [2291],
[484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDSM, Quarantine, [2291],
[484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support, Quarantine, [2291], [4845
12],1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAMDATA\DRIVER
SUPPORT, Quarantine, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Local\PC_Drivers_Headquarters\DriverSupport.
exe_Url_jky4qfl0bb42zyjk05xwcsyp4qrtcets\10.1.4.82
, Quarantine, [2291], [484513],1.0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Local\PC_Drivers_Headquarters\DriverSupport.
exe_Url_jky4qfl0bb42zyjk05xwcsyp4qrtcets, Quaranti
ned, [2291], [484513],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\AP
PDATA\LOCAL\PC_Drivers_Headquarters, Quarantine,
[2291], [484513],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\AP
PDATA\ROAMING\MICROSOFT\WINDOWS\START MENU\PROGRAM
S\DRIVER SUPPORT, Quarantine, [2291], [484514],1.
0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Do
```

wnloads\Driver Support\Driver Support, Quarantined
, [2291], [484517],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\DO
WNLOADS\DRIVER SUPPORT, Quarantined, [2291], [4845
17],1.0.3897

File: 82
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support, Quarantined, [14754], [
484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMRules, Quarantined, [
14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMScan, Quarantined, [1
4754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMUpdater, Quarantined,
 [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\PROGRAM FILE
S (X86)\DRIVER SUPPORT\DRIVERSUPPORT.EXE, Quaranti
ned, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support, Quarantined, [14754], [
-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMRules, Quarantined, [
14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMScan, Quarantined, [1
4754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMUpdater, Quarantined,
 [14754], [-1],0.0.0
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT\SVC\DRIVERSUPPORTAOSVC.EXE, Quaran
tined, [2291], [484531],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\DriverSupportAO.exe, Quarantin
ed, [2291], [484511],1.0.3897

Case 1:18-cv-00234-RP   Document 1-1   Filed 03/19/18   Page 26 of 32

PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\install.log, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\ipterbg.exe, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\ipteup.exe, Quarantined, [2291
], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\ipte_svc.log, Quarantined, [22
91], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\License.rtf, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\pmtu.exe, Quarantined, [2291],
 [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\reg.dat, Quarantined, [2291],
[484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\sigverify.exe, Quarantined, [2
291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\uninstall.exe, Quarantined, [2
291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\viometer.exe, Quarantined, [22
91], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Common.dll, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.ActivationProcessors.dll, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.dll, Quarantined, [22
91], [484511],1.0.3897

PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.XmlSerializers.dll, Q
uarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Communication.dll, Quarantin
ed, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Communication.XmlSerializers
.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.CPU.exe, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.CPU.exe.config, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.ExceptionLogging.dll, Quaran
tined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.ExceptionLogging.XmlSerializ
ers.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\config.dat, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\cpuidsdk.dll, Quarantined, [2291],
 [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.chm, Quarantined, [2
291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.exe.config, Quaranti
ned, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.Updater.exe, Quarant
ined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.Updater.exe.config,
Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)

```
\Driver Support\ExceptionLogging.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ICSharpCode.SharpZipLib.dll, Quara
ntined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Interop.WUApiLib.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ISUninstall.exe, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ISUninstall.exe.config, Quarantine
d, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.Downloaders.dll, Quarantined, [2291], [484511],1
.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Common.dll, Quarantined, [2291], [484511],1.0.
3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Security.Cryptography.dll, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.ObjectBuilder.
dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Win32.TaskScheduler.dll,
 Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.dll, Quarantined, [2291
], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.XmlSerializers.dll, Qua
```

rantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ThemePack.DriverSupport.dll, Quara
ntined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Uninstall.exe, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\XPBurnComponent.dll, Quarantined,
[2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\11481334836f4f61b3c110
920048cb93.exe, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\215609eb3ff24c6ba9e214
f5f6fb5867.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\312478443a844c18adeef8
45c32639c7.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\3360a50e06744fc08ffacd
cb366a7310.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\3f2b867ce27641b4bfdc9d
4a2ff92f51.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\444c8f293fac4d1b8ee44c
97f5324951.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\5de611b8fd3c4f3dac06d6
f80d4c0dba.jpg, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\6091981ea730431d9bf04d

97348424d3.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\62f9d69a3c494d8c977596
c5fc8bff96.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\a49e775fcacc484ba1935d
40bf35ce1d.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\a8cf4b35c6b946b1abefd0
e76d9f8704.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\DownloadResourceManage
r.dat, Quarantined, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\f8dc1c2d3a8f417aacd014
2f3f1797c1.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDSM\ScanManager.dat, Quara
ntined, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalActions.da
t, Quarantined, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalEnvironmen
tEvents.dat, Quarantined, [2291], [484512],1.0.389
7
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalEnvironmen
tProperties.dat, Quarantined, [2291], [484512],1.0
.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalRules.dat,
 Quarantined, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\RuleHistoryContr

Case 1:18-cv-00234-RP   Document 1-1   Filed 03/19/18   Page 31 of 32

oller.dat, Quarantined, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\AoServiceManager.dat, Quara
ntined, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\CPUID.dat, Quarantined, [22
91], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\dd.lic, Quarantined, [2291]
, [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\UXState.dat, Quarantined, [
2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\WL.dat, Quarantined, [2291]
, [484512],1.0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Local\PC_Drivers_Headquarters\DriverSupport.
exe_Url_jky4qfl0bb42zyjk05xwcsyp4qrtcets\10.1.4.82
\user.config, Quarantined, [2291], [484513],1.0.38
97
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Roaming\Microsoft\Windows\Start Menu\Program
s\Driver Support\Driver Support.lnk, Quarantined,
[2291], [484514],1.0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Roaming\Microsoft\Windows\Start Menu\Program
s\Driver Support\Uninstall Driver Support.lnk, Qua
rantined, [2291], [484514],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\AP
PDATA\LOCAL\TEMP\DRIVERSUPPORT.EXE, Quarantined, [
2291], [486292],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\DE
SKTOP\DRIVERSUPPORT.EXE, Quarantined, [2291], [486
292],1.0.3897

Physical Sector: 0
(No malicious items detected)

(end)

As mentioned before the *full version of Malwarebytes* could have
protected your computer against this threat.
We use different ways of protecting your computer(s):

- *Dynamically Blocks Malware Sites & Servers*
- *Malware Execution Prevention*

*Save yourself the hassle and get protected.*

GO TO TOPIC LISTING
Malware Removal Self-Help Guides

RECENTLY BROWSING    0 MEMBERS

No registered users viewing this page.

Home        Malware Removal Help        Malware Removal Self-Help Guides                                    All Activity
Removal instructions for Driver Support

Theme        Privacy Policy        Contact Us

Back to Top

Malwarebytes
Powered by Invision Community