IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PC DRIVERS HEADQUARTERS, LP,<br>*Plaintiff*,<br><br>v.<br><br>MALWAREBYTES, INC.,<br>*Defendant.* | §<br>§<br>§  CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§ |

## DECLARATION OF MICHAEL HURD

I, MICHAEL HURD, under penalty of perjury hereby declare and state as follows:

1. My name is Michael Hurd. I am an owner and the Managing Partner and the Chief Executive Office of PC Drivers Headquarters, LP ("PC Drivers"). I am over the age of eighteen, am of sound mind, and capable of making this Declaration. The information contained herein is based on my personal knowledge and/or my review of files and records maintained by PC Drivers in the ordinary course of business. I certify that the facts and statements contained in this Declaration are true and correct.

2. I have read the foregoing Application for Temporary Restraining Order, and that the factual allegations contained therein are true and correct based on my personal knowledge or information obtained from other persons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of March, 2018.

_____
Michael Hurd