# EXHIBIT 1

Case 1:18-cv-06234-RP   Document 2-2   Filed 03/19/18   Page 2 of 32

Existing user? Sign In          Sign Up

Browse          Activity          Malwarebytes.com          Search...

Forums          Guidelines          Staff          Online Users          Members

Home      Malware Removal Help      Malware Removal Self-Help Guides

Removal instructions for Driver Support

# Removal instructions for Driver Support

Sign in to follow this          Followers          0

By Metallica, February 8 in Malware Removal Self-Help Guides

pup.optional.driversupport      driversupport.com      activeoptimization.com      (877) 615-2407

pc drivers headquarters      driversupportao.exe

---

### Metallica

Topic Starter

Master of PUPs



**Staff**
2,040 posts
Location: Netherlands

Posted February 8

*What is Driver Support?*

*The Malwarebytes research team has determined that Driver Support is a "system optimizer". These so-called "system optimizers" use intentional false positives to convince users that their systems have problems. Then they try to sell you their software, claiming it will remove these problems.*
*More information can be found on our Malwarebytes Labs blog.*

*How do I know if I am infected with Driver Support?*

*This is how the main screen of the system optimizer looks:*

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 3 of 32



*You will find this icon in your taskbar, and your startmenu:*



*and see these warnings during install:*





*and these screens during "operations":*





*You may see this entry in your list of installed programs:*



*and these tasks in your list of Scheduled Tasks:*



*How did Driver Support get on my computer?*

*These so-called system optimizers use different methods of getting
installed. This particular one was downloaded from their website.*

*How do I remove Driver Support?*

*Our program Malwarebytes can detect and remove this potentially
unwanted application.*

- *Please download Malwarebytes to your desktop.*
- *Double-click mb3-setup-consumer-{version}.exe and follow the
  prompts to install the program.*
- *Then click Finish.*
- *Once the program has fully updated, select Scan Now on the
  Dashboard. Or select the Threat Scan from the Scan menu.*
- *If another update of the definitions is available, it will be
  implemented before the rest of the scanning procedure.*
- *When the scan is complete, make sure that all Threats are
  selected, and click Remove Selected.*
- *Restart your computer when prompted to do so.*

*Is there anything else I need to do to get rid of Driver Support?*

- *No, Malwarebytes removes Driver Support completely.*

- *This PUP creates some scheduled tasks. You can read here how to check for and, if necessary, remove Scheduled Tasks.*

**How would the full version of Malwarebytes help protect me?**

*We hope our application and this guide have helped you eradicate this system optimizer.*

*As you can see below the full version of Malwarebytes would have protected you against the Driver Support installer. It would have warned you before the application could install itself, giving you a chance to stop it before it became too late.*



*and we block access to their domain:*



Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 7 of 32

*Technical details for experts*

*You may see these entries in FRST logs:*

```
(PC Drivers Headquarters LP) C:\Program Files (x8
6)\Driver Support\DriverSupport.exe
(PC Drivers HeadQuarters LP) C:\Program Files (x8
6)\Driver Support\svc\DriverSupportAOsvc.exe
(PC Drivers HeadQuarters LP) C:\Program Files (x8
6)\Driver Support\svc\DriverSupportAO.exe
C:\Windows\SysWOW64\rnd_chunk.bin
C:\Users\{username}\Downloads\Driver Support
C:\Windows\System32\Tasks\Driver Support-RTMUpdat
er
C:\Windows\System32\Tasks\Driver Support-RTMRules
C:\Windows\System32\Tasks\Driver Support-RTMScan
C:\Windows\System32\Tasks\Driver Support
C:\Windows\System32\Tasks\Driver Support-RTMScanR
unOnce
C:\Users\{username}\AppData\Local\PC_Drivers_Head
quarters
C:\ProgramData\UAB
C:\ProgramData\Driver Support
C:\Users\{username}\AppData\Roaming\Microsoft\Win
dows\Start Menu\Programs\Driver Support
C:\Program Files (x86)\Driver Support
C:\Users\{username}\AppData\Local\Temp\DriverSupp
ort.exe

Driver Support (HKLM-x32\...\DriverSupport) (Versi
on: 10.1.4.82 - PC Drivers HeadQuarters LP)
Task: {1137A309-D41F-4536-A30A-9984BE1F04DD} - Sys
tem32\Tasks\Driver Support-RTMScanRunOnce => C:\Pr
ogram Files (x86)\Driver Support\DriverSupport.exe
[2018-01-17] (PC Drivers Headquarters LP)
Task: {4C6396E8-2E53-4E94-A804-D122318A7DF0} - Sys
tem32\Tasks\Driver Support-RTMUpdater => C:\Progra
m Files (x86)\Driver Support\DriverSupport.exe [20
18-01-17] (PC Drivers Headquarters LP)
```

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 8 of 32

```
Task: {5E3E3E28-D1CA-458B-9C49-E9BE0A71870B} - Sys
tem32\Tasks\Driver Support => C:\Program Files (x8
6)\Driver Support\DriverSupport.exe [2018-01-17] (
PC Drivers Headquarters LP)
Task: {622FA1D9-0F79-4CE0-B0F1-34529E64A222} - Sys
tem32\Tasks\Driver Support-RTMScan => C:\Program F
iles (x86)\Driver Support\DriverSupport.exe [2018-
01-17] (PC Drivers Headquarters LP)
Task: {F792808D-3F2D-43C3-9CDE-0305848CA67E} - Sys
tem32\Tasks\Driver Support-RTMRules => C:\Program
Files (x86)\Driver Support\DriverSupport.exe [2018
-01-17] (PC Drivers Headquarters LP)
```

*Alterations made by the installer:*

```
File system details [View: All details] (Selection
)
----------------------------------------------------
-
    Adds the folder C:\Program Files (x86)\Driver
Support
        Adds the file Agent.Common.dll"="1/17/2018
3:53 PM, 658048 bytes, A
        Adds the file Agent.Common.XmlSerializers.d
ll"="1/17/2018 3:53 PM, 373888 bytes, A
        Adds the file Agent.Communication.dll"="1/1
7/2018 3:53 PM, 668288 bytes, A
        Adds the file Agent.Communication.XmlSerial
izers.dll"="1/17/2018 3:53 PM, 496768 bytes, A
        Adds the file Agent.CPU.exe"="1/17/2018 3:5
0 PM, 106624 bytes, A
        Adds the file Agent.CPU.exe.config"="1/17/2
018 3:45 PM, 232 bytes, A
        Adds the file Agent.ExceptionLogging.dll"="
1/17/2018 3:53 PM, 70784 bytes, A
        Adds the file Agent.ExceptionLogging.XmlSer
ializers.dll"="1/17/2018 3:53 PM, 42112 bytes, A
        Adds the file Common.dll"="1/17/2018 3:54 P
M, 1967744 bytes, A
        Adds the file config.dat"="4/1/2014 4:31 PM
```

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 9 of 32

, 1600 bytes, A

Adds the file cpuidsdk.dll"="1/17/2018 3:45 PM, 973048 bytes, A

Adds the file DriverSupport.chm"="11/3/2016 7:21 PM, 48206 bytes, A

Adds the file DriverSupport.exe"="1/17/2018 3:52 PM, 9954432 bytes, A

Adds the file DriverSupport.exe.config"="1/17/2018 3:45 PM, 2815 bytes, A

Adds the file DriverSupport.Updater.exe"="1/17/2018 3:52 PM, 242816 bytes, A

Adds the file DriverSupport.Updater.exe.config"="1/17/2018 3:45 PM, 2429 bytes, A

Adds the file ExceptionLogging.dll"="1/17/2018 3:54 PM, 40064 bytes, A

Adds the file ICSharpCode.SharpZipLib.dll"="1/17/2018 3:55 PM, 214144 bytes, A

Adds the file Interop.WUApiLib.dll"="1/17/2018 3:55 PM, 99456 bytes, A

Adds the file ISUninstall.exe"="1/17/2018 3:53 PM, 31872 bytes, A

Adds the file ISUninstall.exe.config"="1/17/2018 3:45 PM, 213 bytes, A

Adds the file Microsoft.ApplicationBlocks.Updater.ActivationProcessors.dll"="1/17/2018 3:55 PM, 103552 bytes, A

Adds the file Microsoft.ApplicationBlocks.Updater.dll"="1/17/2018 3:55 PM, 132224 bytes, A

Adds the file Microsoft.ApplicationBlocks.Updater.Downloaders.dll"="1/17/2018 3:55 PM, 42112 bytes, A

Adds the file Microsoft.Practices.EnterpriseLibrary.Common.dll"="1/17/2018 3:55 PM, 103552 bytes, A

Adds the file Microsoft.Practices.EnterpriseLibrary.Security.Cryptography.dll"="1/17/2018 3:55 PM, 83072 bytes, A

Adds the file Microsoft.Practices.ObjectBuilder.dll"="1/17/2018 3:55 PM, 60032 bytes, A

Adds the file Microsoft.Win32.TaskScheduler

.dll"="1/17/2018 3:56 PM, 143488 bytes, A

        Adds the file RuleEngine.dll"="1/17/2018 3:
56 PM, 833664 bytes, A

        Adds the file RuleEngine.XmlSerializers.dll
"="1/17/2018 3:56 PM, 78976 bytes, A

        Adds the file ThemePack.DriverSupport.dll"=
"1/17/2018 3:58 PM, 1266304 bytes, A

        Adds the file Uninstall.exe"="1/9/2017 7:02
 PM, 429304 bytes, A

        Adds the file XPBurnComponent.dll"="1/17/20
18 3:58 PM, 62592 bytes, A

    Adds the folder C:\Program Files (x86)\Driver
Support\svc

        Adds the file DriverSupportAO.exe"="10/22/2
016 7:12 PM, 4920784 bytes, A

        Adds the file DriverSupportAOsvc.exe"="10/2
2/2016 7:12 PM, 2033104 bytes, A

        Adds the file install.log"="2/8/2018 9:22 A
M, 473 bytes, A

        Adds the file ipte_svc.log"="2/8/2018 9:22
AM, 256 bytes, A

        Adds the file ipterbg.exe"="10/22/2016 7:13
 PM, 1246672 bytes, A

        Adds the file ipteup.exe"="10/22/2016 7:13
PM, 4486608 bytes, A

        Adds the file License.rtf"="1/26/2016 12:09
 PM, 119855 bytes, A

        Adds the file pmtu.exe"="10/22/2016 7:13 PM
, 1295824 bytes, A

        Adds the file reg.dat"="2/8/2018 9:22 AM, 1
4688 bytes, A

        Adds the file sigverify.exe"="10/22/2016 7:
13 PM, 487952 bytes, A

        Adds the file uninstall.exe"="10/22/2016 7:
13 PM, 487952 bytes, A

        Adds the file viometer.exe"="10/22/2016 7:1
3 PM, 4859344 bytes, A

    Adds the folder C:\ProgramData\Driver Support\
Driver Support

        Adds the file AoServiceManager.dat"="2/8/20

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 11 of 32

```
            18 9:26 AM, 156594 bytes, A
                Adds the file CPUID.dat"="2/8/2018 9:22 AM,
         704 bytes, A
                Adds the file dd.lic"="2/8/2018 9:21 AM, 14
         4 bytes, RA
                Adds the file UXState.dat"="2/8/2018 9:21 A
         M, 2010 bytes, A
                Adds the file WL.dat"="2/8/2018 9:21 AM, 69
         62 bytes, A
            Adds the folder C:\ProgramData\Driver Support\
         Driver Support\DDRM
                Adds the file 11481334836f4f61b3c110920048c
         b93.exe"="2/8/2018 9:21 AM, 15837424 bytes, A
                Adds the file 215609eb3ff24c6ba9e214f5f6fb5
         867.png"="2/8/2018 9:22 AM, 36630 bytes, A
                Adds the file 312478443a844c18adeef845c3263
         9c7.png"="2/8/2018 9:22 AM, 22041 bytes, A
                Adds the file 3360a50e06744fc08ffacdcb366a7
         310.png"="2/8/2018 9:22 AM, 25481 bytes, A
                Adds the file 3f2b867ce27641b4bfdc9d4a2ff92
         f51.png"="2/8/2018 9:22 AM, 14750 bytes, A
                Adds the file 444c8f293fac4d1b8ee44c97f5324
         951.png"="2/8/2018 9:22 AM, 55493 bytes, A
                Adds the file 5de611b8fd3c4f3dac06d6f80d4c0
         dba.jpg"="2/8/2018 9:22 AM, 17365 bytes, A
                Adds the file 6091981ea730431d9bf04d9734842
         4d3.png"="2/8/2018 9:22 AM, 40826 bytes, A
                Adds the file 62f9d69a3c494d8c977596c5fc8bf
         f96.png"="2/8/2018 9:22 AM, 9403 bytes, A
                Adds the file a49e775fcacc484ba1935d40bf35c
         e1d.png"="2/8/2018 9:22 AM, 20915 bytes, A
                Adds the file a8cf4b35c6b946b1abefd0e76d9f8
         704.png"="2/8/2018 9:22 AM, 4901 bytes, A
                Adds the file DownloadResourceManager.dat"=
         "2/8/2018 9:22 AM, 15106 bytes, A
                Adds the file f8dc1c2d3a8f417aacd0142f3f179
         7c1.png"="2/8/2018 9:22 AM, 15399 bytes, A
            Adds the folder C:\ProgramData\Driver Support\
         Driver Support\DDSM
                Adds the file ScanManager.dat"="2/8/2018 9:
```

Case 1:18-cv-00234-RP Document 2-2 Filed 03/19/18 Page 12 of 32

22 AM, 332762 bytes, A

    Adds the folder C:\ProgramData\Driver Support\
Driver Support\RuleEngine

        Adds the file GlobalActions.dat"="2/8/2018
9:22 AM, 640 bytes, A

        Adds the file GlobalEnvironmentEvents.dat"=
"2/8/2018 9:22 AM, 4992 bytes, A

        Adds the file GlobalEnvironmentProperties.d
at"="2/8/2018 9:22 AM, 728 bytes, A

        Adds the file GlobalRules.dat"="2/8/2018 9:
22 AM, 385920 bytes, A

        Adds the file RuleHistoryController.dat"="2
/8/2018 9:22 AM, 986 bytes, A

    Adds the folder C:\ProgramData\UAB

    Adds the folder C:\Users\{username}\AppData\Lo
cal\PC_Drivers_Headquarters\DriverSupport.exe_Url_
jky4qfl0bb42zyjk05xwcsyp4qrtcets\10.1.4.82

        Adds the file user.config"="2/8/2018 9:25 A
M, 3042 bytes, A

    Adds the folder C:\Users\{username}\AppData\Ro
aming\Microsoft\Windows\Start Menu\Programs\Driver
 Support

        Adds the file Driver Support.lnk"="2/8/2018
 9:20 AM, 1211 bytes, A

        Adds the file Uninstall Driver Support.lnk"
="2/8/2018 9:20 AM, 1090 bytes, A

    Adds the folder C:\Users\{username}\Downloads\
Driver Support\Driver Support

    In the existing folder C:\Windows\System32\Tas
ks

        Adds the file Driver Support"="2/8/2018 9:2
1 AM, 3500 bytes, A

        Adds the file Driver Support-RTMRules"="2/8
/2018 9:21 AM, 3772 bytes, A

        Adds the file Driver Support-RTMScan"="2/8/
2018 9:21 AM, 3662 bytes, A

        Adds the file Driver Support-RTMScanRunOnce
"="2/8/2018 9:21 AM, 3480 bytes, A

        Adds the file Driver Support-RTMUpdater"="2
/8/2018 9:21 AM, 3784 bytes, A

Case 1:18-cv-00234-RP Document 2-2 Filed 03/18/18 Page 13 of 32

```
        In the existing folder C:\Windows\SysWOW64
            Adds the file rnd_chunk.bin"="2/8/2018 9:23
 AM, 32832 bytes, A


    Registry details [View: All details] (Selection)
    -------------------------------------------------
        [HKEY_LOCAL_MACHINE\SOFTWARE\DriverSupport]
            "APIPort"="REG_SZ", "65411"
            "UUID"="REG_SZ", "24055700-78ff-4df7-9986-7
    8928e8723b5"
        [HKEY_LOCAL_MACHINE\SOFTWARE\DriverSupport\AoS
    ervice]
            "InstallDate"="REG_SZ", "2/8/2018 8:22:16 A
    M"
            "InstallStatus"="REG_SZ", "0"
            "InstallStatusDescription"="REG_SZ", "Commu
    nication Success"
            "IsInstalled"="REG_SZ", "1"
        [HKEY_LOCAL_MACHINE\SOFTWARE\DriverSupport\Ins
    tall]
            "HasApplicationRun-Driver Support"="REG_SZ"
    , "true"
        [HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows
    \CurrentVersion\App Paths\DriverSupport.exe]
            "(Default)"="REG_SZ", "C:\Program Files (x8
    6)\Driver Support\DriverSupport.exe"
        [HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows
    \CurrentVersion\Uninstall\DriverSupport]
            "InstallerLanguage"="REG_SZ", "1033"
        [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Activ
    eOptimization\svc]
            "APIport"="REG_SZ", "8000"
            "DHQSessionID"="REG_SZ", "S-1-5-21-13509035
    46-318028887-1286703239-1003"
            "InstLicense"="REG_SZ", ""
            "InstPath"="REG_SZ", "C:\Program Files (x86
    )\driver support\svc\"
            "InstProxy"="REG_SZ", ""
            "InstServer"="REG_SZ", "front.activeoptimiz
    ation.com"
```

```
    "InstServerPort"="REG_SZ", "5000"
    "InstVersion"="REG_SZ", "1.0.4.9077"
    "Path"="REG_SZ", "C:\Program Files (x86)\dr
iver support\svc\"
    "Proxy"="REG_SZ", ""
    "Server"="REG_SZ", "front.activeoptimizatio
n.com"
    "ServerPort"="REG_SZ", "5000"
    "Version"="REG_SZ", "1.0.4.9077"
  [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Activ
eOptimization\svc\Backup]
    "(Default)"="REG_SZ", "1"
  [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Activ
eOptimization\svc\Backup\0]
  [HKEY_LOCAL_MACHINE\SOFTWARE\Wow6432Node\Micro
soft\Windows\CurrentVersion\Uninstall\DriverSuppor
t]
    "DisplayIcon"="REG_SZ", "C:\Program Files (
x86)\Driver Support\DriverSupport.exe,0"
    "DisplayName"="REG_SZ", "Driver Support"
    "DisplayVersion"="REG_SZ", "10.1.4.82"
    "EstimatedSize"="REG_DWORD", 18462
    "HelpLink"="REG_SZ", "http://account.driver
support.com/support/contact?wlid=30"
    "HelpTelephone"="REG_SZ", "512.373.3518"
    "InstallerLanguage"="REG_SZ", "1033"
    "InstallLocation"="REG_SZ", "C:\Program Fil
es (x86)\Driver Support"
    "NoModify"="REG_DWORD", 1
    "NoRepair"="REG_DWORD", 1
    "ProductID"="REG_SZ", "{597FB4A5-DD86-4316-
A410-7E8074CC2CCE}"
    "Publisher"="REG_SZ", "PC Drivers HeadQuart
ers LP"
    "UninstallString"="REG_SZ", "C:\Program Fil
es (x86)\Driver Support\Uninstall.exe"
    "URLInfoAbout"="REG_SZ", "http://www.driver
support.com"
  [HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\s
ervices\DSAO]
```

```
        "Description"="REG_SZ", "Driver Support Act
ive Optimization Service"
        "DisplayName"="REG_SZ", "Driver Support AO
Service"
        "ErrorControl"="REG_DWORD", 1
        "ImagePath"="REG_EXPAND_SZ, ""C:\Program Fi
les (x86)\driver support\svc\DriverSupportAOsvc.ex
e""
        "ObjectName"="REG_SZ", "LocalSystem"
        "Start"="REG_DWORD", 2
        "Type"="REG_DWORD", 16
        "WOW64"="REG_DWORD", 1
    [HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\s
ervices\HTTP\Parameters\UrlAclInfo]
        "http://127.0.0.1:65411/"="REG_BINARY, ....
....................
        "http://127.0.0.1:65411/client/apiinfo/"="R
EG_BINARY, ......................
        "http://127.0.0.1:65411/client/reboot/"="RE
G_BINARY, ......................
        "http://127.0.0.1:65411/client/status/"="RE
G_BINARY, ......................
        "http://127.0.0.1:65411/driverscan/"="REG_B
INARY, ......................
        "http://127.0.0.1:65411/license/"="REG_BINA
RY, ......................
        "http://127.0.0.1:65411/license/status/"="R
EG_BINARY, ......................
        "http://127.0.0.1:65411/media/status/"="REG
_BINARY, ......................
        "http://127.0.0.1:65411/system/data/"="REG_
BINARY, ......................
        "http://127.0.0.1:65411/tests/progress/"="R
EG_BINARY, ......................
        "http://127.0.0.1:65411/uxstate/"="REG_BINA
RY, ......................
        "http://localhost:65411/"="REG_BINARY, ....
....................
        "http://localhost:65411/client/apiinfo/"="R
EG_BINARY, ......................
```

```
            "http://localhost:65411/client/reboot/"="RE
G_BINARY, ........................
            "http://localhost:65411/client/status/"="RE
G_BINARY, ........................
            "http://localhost:65411/driverscan/"="REG_B
INARY, ........................
            "http://localhost:65411/license/"="REG_BINA
RY, ........................
            "http://localhost:65411/license/status/"="R
EG_BINARY, ........................
            "http://localhost:65411/media/status/"="REG
_BINARY, ........................
            "http://localhost:65411/system/data/"="REG_
BINARY, ........................
            "http://localhost:65411/tests/progress/"="R
EG_BINARY, ........................
            "http://localhost:65411/uxstate/"="REG_BINA
RY, ........................
        [HKEY_CURRENT_USER\Software\DriverSupport]
            "APIPort"="REG_SZ", "65411"
        [HKEY_CURRENT_USER\Software\DriverSupport\AoSe
rvice]
            "ClientStatus"="REG_SZ", "Online"
            "HandshakeStatus"="REG_SZ", "1"
            "InstallDate"="REG_SZ", "2/8/2018 8:22:16 A
M"
            "InstallStatus"="REG_SZ", "0"
            "InstallStatusDescription"="REG_SZ", "Commu
nication Success"
            "IsCommunicationEstablished"="REG_SZ", "tru
e"
            "IsEnabled"="REG_SZ", "true"
            "IsInitialized"="REG_SZ", "true"
            "LicenseStatus"="REG_SZ", "NotPresent"
            "NetworkMediaASN"="REG_SZ", "29670"
            "NetworkMediaIP"="REG_SZ", "10.0.2.15"
            "NetworkMediaProvider"="REG_SZ", "Individua
l Network Berlin e.V."
            "ServiceStarted"="REG_SZ", "true"
            "SystemDataProcessorLoadPercentage"="REG_SZ
```

Case 1:18-cv-00234-RP Document 2-2 Filed 03/19/18 Page 17 of 32

```
", "74"
        "TestFinish"="REG_SZ", "2/8/2018 8:24:58 AM
"
        "TestStage"="REG_SZ", "Analyzing"
        "TestStart"="REG_SZ", "2/8/2018 8:23:08 AM"
        "TestStatus"="REG_SZ", "100"
        "TestStatusCpu"="REG_SZ", "NA"
        "TestStatusDescription"="REG_SZ", "Report I
s Ready"
        "TestStatusDisk"="REG_SZ", "NA"
        "TestStatusNetwork"="REG_SZ", "NA"
    [HKEY_CURRENT_USER\Software\DriverSupport\Inst
all]
        "DhqScanFinish"="REG_SZ", "2/8/2018 8:22:40
 AM"
        "DhqScanStart"="REG_SZ", "2/8/2018 8:22:13
AM"
        "DhqScanStatus"="REG_SZ", "4"
        "DhqScanStatusDescription"="REG_SZ", "Scan
Complete"
        "HasApplicationRun-Driver Support"="REG_SZ"
, "true"
        "InstallStatus"="REG_SZ", "1"
        "OpenScanResultLanderUrl"="REG_SZ", "https:
//apps.driversupport.com/postinstall/scanresultsve
loxum?cart=https%3a%2f%2fsecure.driversupport.com%
2fregistration%2fcart%3faf%3ddriversupport&aff=dri
versupport&wlID=30&uuid=24055700-78ff-4df7-9986-78
928e8723b5&appVer=10.1.4.82&systemDrivers=true&ap=
65411&asn=29670&ddsrc=VeloxumScanResults"
        "ScanFinish"="REG_SZ", "2/8/2018 8:24:58 AM
"
        "ScanProgress"="REG_SZ", "100"
        "ScanStart"="REG_SZ", "2/8/2018 8:22:13 AM"
        "ScanStatus"="REG_SZ", "4"
        "ScanStatusDescription"="REG_SZ", "Scan Com
plete"
        "SummaryFlags"="REG_SZ", "1856"
        "UILevel"="REG_SZ", "5"
```

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 18 of 32

```
          "UUID"="REG_SZ", "24055700-78ff-4df7-9986-7
8928e8723b5"
```

*Malwarebytes log:*

```
Malwarebytes
www.malwarebytes.com

-Log Details-
Scan Date: 2/8/18
Scan Time: 10:51 AM
Log File: b2de19cc-0cb5-11e8-9439-080027750297.jso
n
Administrator: Yes

-Software Information-
Version: 3.3.1.2183
Components Version: 1.0.262
Update Package Version: 1.0.3897
License: Premium

-System Information-
OS: Windows 7 Service Pack 1
CPU: x64
File System: NTFS
User: {computername}\{username}

-Scan Summary-
Scan Type: Threat Scan
Result: Completed
Objects Scanned: 241875
Threats Detected: 148
Threats Quarantined: 148
Time Elapsed: 11 min, 11 sec

-Scan Options-
Memory: Enabled
Startup: Enabled
Filesystem: Enabled
Archives: Enabled
```

```
Rootkits: Disabled
Heuristics: Enabled
PUP: Detect
PUM: Detect

-Scan Details-
Process: 3
PUP.Optional.DriverSupport.TskLnk, C:\PROGRAM FILE
S (X86)\DRIVER SUPPORT\DRIVERSUPPORT.EXE, Quaranti
ned, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT\SVC\DRIVERSUPPORTAOSVC.EXE, Quaran
tined, [2291], [484531],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\DriverSupportAO.exe, Quarantin
ed, [2291], [484511],1.0.3897

Module: 18
PUP.Optional.DriverSupport.TskLnk, C:\PROGRAM FILE
S (X86)\DRIVER SUPPORT\DRIVERSUPPORT.EXE, Quaranti
ned, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT\SVC\DRIVERSUPPORTAOSVC.EXE, Quaran
tined, [2291], [484531],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\DriverSupportAO.exe, Quarantin
ed, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Common.dll, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.dll, Quarantined, [22
91], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.XmlSerializers.dll, Q
uarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Communication.dll, Quarantin
ed, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
```

```
\Driver Support\Agent.Communication.XmlSerializers
.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ExceptionLogging.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Interop.WUApiLib.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Common.dll, Quarantined, [2291], [484511],1.0.
3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Security.Cryptography.dll, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.ObjectBuilder.
dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Win32.TaskScheduler.dll,
 Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.dll, Quarantined, [2291
], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.XmlSerializers.dll, Qua
rantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ThemePack.DriverSupport.dll, Quara
ntined, [2291], [484511],1.0.3897

Registry Key: 30
PUP.Optional.DriverSupport, HKCU\SOFTWARE\DriverSu
pport, Quarantined, [2291], [484532],1.0.3897
PUP.Optional.DriverSupport, HKLM\SOFTWARE\WOW6432N
ODE\ACTIVEOPTIMIZATION\SVC, Quarantined, [2291], [
```

Case 1:18-cv-00234-RP Document 2-2 Filed 03/18/18 Page 21 of 32

```
484957],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support, Quarantined, [14754], [48
4518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{5E3E3E28-D1CA-458B-9C49-E9BE0A71870B},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\LOGON\{5E3E3E28-D1CA-458B-9C49-E9BE0A71870B},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support-RTMRules, Quarantined, [14
754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{F792808D-3F2D-43C3-9CDE-0305848CA67E},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\PLAIN\{F792808D-3F2D-43C3-9CDE-0305848CA67E},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support-RTMScan, Quarantined, [147
54], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{622FA1D9-0F79-4CE0-B0F1-34529E64A222},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\PLAIN\{622FA1D9-0F79-4CE0-B0F1-34529E64A222},
Quarantined, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TREE\Driver Support-RTMUpdater, Quarantined, [
```

Case 1:18-cv-00234-RP Document 2-2 Filed 03/19/18 Page 22 of 32

14754], [484518],1.0.3897

PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\TASKS\{4C6396E8-2E53-4E94-A804-D122318A7DF0},
Quarantined, [14754], [484518],1.0.3897

PUP.Optional.DriverSupport.TskLnk, HKLM\SOFTWARE\M
ICROSOFT\WINDOWS NT\CURRENTVERSION\SCHEDULE\TASKCA
CHE\PLAIN\{4C6396E8-2E53-4E94-A804-D122318A7DF0},
Quarantined, [14754], [484518],1.0.3897

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support, Quarantined
, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{5E3E3E28-D1CA-458B-9C49-E
9BE0A71870B}, Quarantined, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Logon\{5E3E3E28-D1CA-458B-9C49-E
9BE0A71870B}, Quarantined, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support-RTMRules, Qu
arantined, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{F792808D-3F2D-43C3-9CDE-0
305848CA67E}, Quarantined, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Plain\{F792808D-3F2D-43C3-9CDE-0
305848CA67E}, Quarantined, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support-RTMScan, Qua
rantined, [14754], [-1],0.0.0

PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{622FA1D9-0F79-4CE0-B0F1-3

```
4529E64A222}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Plain\{622FA1D9-0F79-4CE0-B0F1-3
4529E64A222}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tree\Driver Support-RTMUpdater,
Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Tasks\{4C6396E8-2E53-4E94-A804-D
122318A7DF0}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, HKEY_LOCAL_MACH
INE\SOFTWARE\Microsoft\Windows NT\CurrentVersion\S
chedule\TaskCache\Plain\{4C6396E8-2E53-4E94-A804-D
122318A7DF0}, Quarantined, [14754], [-1],0.0.0
PUP.Optional.DriverSupport, HKLM\SOFTWARE\DriverSu
pport, Quarantined, [2291], [484521],1.0.3897
PUP.Optional.DriverSupport, HKLM\SOFTWARE\WOW6432N
ODE\MICROSOFT\WINDOWS\CURRENTVERSION\UNINSTALL\Dri
verSupport, Quarantined, [2291], [484524],1.0.3897
PUP.Optional.DriverSupport, HKLM\SOFTWARE\MICROSOF
T\WINDOWS\CURRENTVERSION\UNINSTALL\DriverSupport,
Quarantined, [2291], [484524],1.0.3897
PUP.Optional.DriverSupport, HKLM\SYSTEM\CURRENTCON
TROLSET\SERVICES\DSAO, Quarantined, [2291], [48453
1],1.0.3897


Registry Value: 2
PUP.Optional.DriverSupport, HKLM\SOFTWARE\WOW6432N
ODE\ACTIVEOPTIMIZATION\SVC|SERVER, Quarantined, [2
291], [484957],1.0.3897
PUP.Optional.DriverSupport, HKLM\SYSTEM\CURRENTCON
TROLSET\SERVICES\DSAO|DESCRIPTION, Quarantined, [2
291], [484531],1.0.3897


Registry Data: 0
(No malicious items detected)
```

Case 1:18-cv-00234-RP Document 2-2 Filed 03/19/18 Page 24 of 32

```
Data Stream: 0
(No malicious items detected)


Folder: 13
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc, Quarantine, [2291], [484511]
,1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT, Quarantine, [2291], [484511],1.0
.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine, Quarantine, [2
291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM, Quarantine, [2291],
[484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDSM, Quarantine, [2291],
[484512],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support, Quarantine, [2291], [4845
12],1.0.3897
PUP.Optional.DriverSupport, C:\PROGRAMDATA\DRIVER
SUPPORT, Quarantine, [2291], [484512],1.0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Local\PC_Drivers_Headquarters\DriverSupport.
exe_Url_jky4qfl0bb42zyjk05xwcsyp4qrtcets\10.1.4.82
, Quarantine, [2291], [484513],1.0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Local\PC_Drivers_Headquarters\DriverSupport.
exe_Url_jky4qfl0bb42zyjk05xwcsyp4qrtcets, Quaranti
ned, [2291], [484513],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\AP
PDATA\LOCAL\PC_Drivers_Headquarters, Quarantine,
[2291], [484513],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\AP
PDATA\ROAMING\MICROSOFT\WINDOWS\START MENU\PROGRAM
S\DRIVER SUPPORT, Quarantine, [2291], [484514],1.
0.3897
PUP.Optional.DriverSupport, C:\Users\{username}\Do
```

wnloads\Driver Support\Driver Support, Quarantined
, [2291], [484517],1.0.3897
PUP.Optional.DriverSupport, C:\USERS\{username}\DO
WNLOADS\DRIVER SUPPORT, Quarantined, [2291], [4845
17],1.0.3897


File: 82
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support, Quarantined, [14754], [
484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMRules, Quarantined, [
14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMScan, Quarantined, [1
4754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMUpdater, Quarantined,
 [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\PROGRAM FILE
S (X86)\DRIVER SUPPORT\DRIVERSUPPORT.EXE, Quaranti
ned, [14754], [484518],1.0.3897
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support, Quarantined, [14754], [
-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMRules, Quarantined, [
14754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMScan, Quarantined, [1
4754], [-1],0.0.0
PUP.Optional.DriverSupport.TskLnk, C:\WINDOWS\SYST
EM32\TASKS\Driver Support-RTMUpdater, Quarantined,
 [14754], [-1],0.0.0
PUP.Optional.DriverSupport, C:\PROGRAM FILES (X86)
\DRIVER SUPPORT\SVC\DRIVERSUPPORTAOSVC.EXE, Quaran
tined, [2291], [484531],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\DriverSupportAO.exe, Quarantin
ed, [2291], [484511],1.0.3897

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 26 of 32

PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\install.log, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\ipterbg.exe, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\ipteup.exe, Quarantined, [2291
], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\ipte_svc.log, Quarantined, [22
91], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\License.rtf, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\pmtu.exe, Quarantined, [2291],
 [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\reg.dat, Quarantined, [2291],
[484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\sigverify.exe, Quarantined, [2
291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\uninstall.exe, Quarantined, [2
291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\svc\viometer.exe, Quarantined, [22
91], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Common.dll, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.ActivationProcessors.dll, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.dll, Quarantined, [22
91], [484511],1.0.3897

```
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Common.XmlSerializers.dll, Q
uarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Communication.dll, Quarantin
ed, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.Communication.XmlSerializers
.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.CPU.exe, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.CPU.exe.config, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.ExceptionLogging.dll, Quaran
tined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Agent.ExceptionLogging.XmlSerializ
ers.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\config.dat, Quarantined, [2291], [
484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\cpuidsdk.dll, Quarantined, [2291],
 [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.chm, Quarantined, [2
291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.exe.config, Quaranti
ned, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.Updater.exe, Quarant
ined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\DriverSupport.Updater.exe.config,
Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
```

```
\Driver Support\ExceptionLogging.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ICSharpCode.SharpZipLib.dll, Quara
ntined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Interop.WUApiLib.dll, Quarantined,
 [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ISUninstall.exe, Quarantined, [229
1], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ISUninstall.exe.config, Quarantine
d, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.ApplicationBlocks.Update
r.Downloaders.dll, Quarantined, [2291], [484511],1
.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Common.dll, Quarantined, [2291], [484511],1.0.
3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.EnterpriseLibr
ary.Security.Cryptography.dll, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Practices.ObjectBuilder.
dll, Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Microsoft.Win32.TaskScheduler.dll,
 Quarantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.dll, Quarantined, [2291
], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\RuleEngine.XmlSerializers.dll, Qua
```

rantined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\ThemePack.DriverSupport.dll, Quara
ntined, [2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\Uninstall.exe, Quarantined, [2291]
, [484511],1.0.3897
PUP.Optional.DriverSupport, C:\Program Files (x86)
\Driver Support\XPBurnComponent.dll, Quarantined,
[2291], [484511],1.0.3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\11481334836f4f61b3c110
920048cb93.exe, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\215609eb3ff24c6ba9e214
f5f6fb5867.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\312478443a844c18adeef8
45c32639c7.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\3360a50e06744fc08ffacd
cb366a7310.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\3f2b867ce27641b4bfdc9d
4a2ff92f51.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\444c8f293fac4d1b8ee44c
97f5324951.png, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\5de611b8fd3c4f3dac06d6
f80d4c0dba.jpg, Quarantined, [2291], [484512],1.0.
3897
PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\6091981ea730431d9bf04d

Case 1:18-cv-00234-RP  Document 2-2  Filed 03/19/18  Page 30 of 32

97348424d3.png, Quarantined, [2291], [484512],1.0.
3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\62f9d69a3c494d8c977596
c5fc8bff96.png, Quarantined, [2291], [484512],1.0.
3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\a49e775fcacc484ba1935d
40bf35ce1d.png, Quarantined, [2291], [484512],1.0.
3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\a8cf4b35c6b946b1abefd0
e76d9f8704.png, Quarantined, [2291], [484512],1.0.
3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\DownloadResourceManage
r.dat, Quarantined, [2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDRM\f8dc1c2d3a8f417aacd014
2f3f1797c1.png, Quarantined, [2291], [484512],1.0.
3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\DDSM\ScanManager.dat, Quara
ntined, [2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalActions.da
t, Quarantined, [2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalEnvironmen
tEvents.dat, Quarantined, [2291], [484512],1.0.389
7

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalEnvironmen
tProperties.dat, Quarantined, [2291], [484512],1.0
.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\GlobalRules.dat,
 Quarantined, [2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\RuleEngine\RuleHistoryContr

Case 1:18-cv-00234-RP  Document 2-2  Filed 03/18/18  Page 31 of 32

oller.dat, Quarantined, [2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\AoServiceManager.dat, Quara
ntined, [2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\CPUID.dat, Quarantined, [22
91], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\dd.lic, Quarantined, [2291]
, [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\UXState.dat, Quarantined, [
2291], [484512],1.0.3897

PUP.Optional.DriverSupport, C:\ProgramData\Driver
Support\Driver Support\WL.dat, Quarantined, [2291]
, [484512],1.0.3897

PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Local\PC_Drivers_Headquarters\DriverSupport.
exe_Url_jky4qfl0bb42zyjk05xwcsyp4qrtcets\10.1.4.82
\user.config, Quarantined, [2291], [484513],1.0.38
97

PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Roaming\Microsoft\Windows\Start Menu\Program
s\Driver Support\Driver Support.lnk, Quarantined,
[2291], [484514],1.0.3897

PUP.Optional.DriverSupport, C:\Users\{username}\Ap
pData\Roaming\Microsoft\Windows\Start Menu\Program
s\Driver Support\Uninstall Driver Support.lnk, Qua
rantined, [2291], [484514],1.0.3897

PUP.Optional.DriverSupport, C:\USERS\{username}\AP
PDATA\LOCAL\TEMP\DRIVERSUPPORT.EXE, Quarantined, [
2291], [486292],1.0.3897

PUP.Optional.DriverSupport, C:\USERS\{username}\DE
SKTOP\DRIVERSUPPORT.EXE, Quarantined, [2291], [486
292],1.0.3897


Physical Sector: 0
(No malicious items detected)

Case 1:18-cv-00234-RP   Document 2-2   Filed 03/19/18   Page 32 of 32

(end)

*As mentioned before the full version of Malwarebytes could have
protected your computer against this threat.
We use different ways of protecting your computer(s):*

- *Dynamically Blocks Malware Sites & Servers*
- *Malware Execution Prevention*

*Save yourself the hassle and get protected.*

*GO TO TOPIC LISTING*
*Malware Removal Self-Help Guides*

*RECENTLY BROWSING   0 MEMBERS*

*No registered users viewing this page.*

*Home*      *Malware Removal Help*      *Malware Removal Self-Help Guides*                    *All Activity*
*Removal instructions for Driver Support*

*Theme*      *Privacy Policy*      *Contact Us*

*Back to Top*

*Malwarebytes*
*Powered by Invision Community*