# EXHIBIT 2



driver support

| All | News | Videos | Shopping | Images | More | Se |
|---|---|---|---|---|---|---|

About 542,000,000 results (0.43 seconds)

### Driver Support - (Since 1996) The Windows Driver Authority
https://www.driversupport.com/
Founded in 1996 in Austin TX. **Driver Support** provides an in way diagnose & resolve PC device issues through support an matching technology.
**Driver Support** · Driver Support Customer ... · Driver Support Active ... · EULA

**People also ask**

Is Driver Support malware?

How do I cancel driver support?

How can you update your drivers for free?

What is Driver support and active optimization?

### Uninstall Driver Support (Securely)
https://www.driversupport.com/uninstall/
Oct 20, 2016 - Should I remove **Driver Support**? See the uni to remove **Driver Support**.

### Driver Support – User Portal
https://userportal.driversupport.com/
**Driver Support** user portal; account access and managemen customers. Quick and easy online access 24/7.

### How Does It Work - Driver Support
https://www.driversupport.com/howitworks/
Rating: 8.7/10 - 7,031 reviews
Apr 4, 2017 - Learn more about **Driver Support** and how our can help you keep your Windows PC updated and running sm

### Contact Us - Driver Support (Address and Phone)

driver support - Google Search
Case 1:18-cv-00234-RP    Document 2-3    Filed 03/19/18    Page 3 of 4
Page 2 of 3

https://www.driversupport.com/contact/
Aug 16, 2017 - We'd love to hear from you! We are here to he your computer update and optimization needs.

### Driver Support Customer Reviews
https://www.driversupport.com/customer-reviews/
Apr 4, 2017 - We let our customers tell you how well we are d have thousands of reviews by our customers that you can che yourself.

### Driver Support with Active Optimization - Free download and so
download.cnet.com › ... › Utilities & Operating Systems › System Utilities
Rating: 3.5 - 24 reviews - $9.99 - Windows - Utilities/
From **Driver Support**: Having been in business since 1996 (C years!), we know the importance of creating and keeping satis customers. **Driver Support** provides an innovative way to dia issues with your PC, resolve those issues through support an matching technology, and optimize your PC's ...

### Remove Driver Support (Removal Guide) - Sep 2017 update
https://www.2-spyware.com/remove-driver-support.html
Sep 29, 2017 - **Driver Support** might not be as useful as you **Driver Support** advertises itself as a legitimate program whic used for identifying various.

### Driver Support Reviews | Read Customer Service Reviews of ...
https://www.trustpilot.com › Categories › Computer & Accessories › Software
Rating: 8.7/10 - 7,009 reviews
Do you agree with **Driver Support's** TrustScore? Voice your today and hear what 7029 customers have already said. | driversupport.com.

### Driver Support 10.1.3.10 Review - Pros, Cons and Verdict
www.toptenreviews.com › Software › Utilities › Driver Update Software
Rating: 8/10 - Review by Jeph Preece
**Driver Support** is simple driver update software that helps yc fix outdated drivers. Read our review here.

Searches related to driver support

| | |
|---|---|
| driver support **login** | driver support **phone number** |
| driver support **download** | **cancel** driver support |
| driver support **customer service** | driver support **cost** |
| driver support **virus** | driver support **austin tx** |

1 2 3 4 5 6 7 8 9 10     Next