IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PC DRIVERS HEDQUARTERS, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-234-RP |
| MALWAREBYTES, INC., | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is Plaintiff PC Drivers Headquarters, LP's ("PC Drivers") application for temporary restraining order and motion for preliminary injunction, (Dkt. 2). A temporary restraining order requires a showing of, among other things, a "substantial likelihood of success on the merits." *Whole Women's Health v. Paxton*, 264 F. Supp. 3d 813, 818 (W.D. Tex. 2017). Based on the information provided in the application, the Court is unable to conclude that PC Drivers is likely to succeed on the merits. The application for temporary restraining order is therefore **DENIED**.

The parties are **ORDERED** to attend a telephonic status conference on Wednesday, March 21st, at 2:00 p.m. for the purpose of scheduling a hearing on the motion for preliminary injunction. Counsel for Plaintiff shall notify counsel for Defendant of the status conference, coordinate the call, and provide dial-in information at least 24 hours prior to the hearing to Courtroom Deputy Julie Golden at julie_golden@txwd.uscourts.gov.

**SIGNED** on March 19, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE